NVB 7026 (Rev. 6/16)

Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * * *

| | | |
|---|---|---|
| In re CHARLES RANDALL LAZER | ) ) ) ) ) ) | BK: 22-11549-mkn<br>Chapter: 7<br>Adv. No.: 22-01125-mkn |
| Debtor(s). | ) ) | **AMENDED STANDARD DISCOVERY PLAN** |
| Daphne Williams | ) ) ) | **OR**<br>**REQUEST FOR WAIVER OF FILING DISCOVERY PLAN** |
| Plaintiff(s), vs. | ) ) ) | |
| CHARLES RANDALL LAZER | ) ) | |
| Defendant(s) | ) | |

**1.    Discovery Plan**

\_\_\_\_    **Request for waiver of requirement to prepare and file a formal discovery plan.**

The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, **or**

✔    **A discovery plan is needed or useful in this case.**  Check one:

   ✔    The parties agree to the standard discovery plan.  The first defendant answered or otherwise appeared on   August 30, 2022   .  Discovery shall be completed within   120   days, measured from the date the first defendant answered or otherwise appeared. Discovery will close by   December 28, 2022   .

1

1     ____ The parties jointly propose to the court the attached discovery plan and
2 scheduling order. (Use Official Form 35 to the Federal Rules of Civil Procedure.)
3     ____ The parties cannot agree on a discovery plan and scheduling order. The
4 attached sets forth the parties' disagreements and reasons for each party's position. (Use Official
5 Form 35 of the Federal Rules of Civil Procedure.)
6 **Complete parts 2 - 6.**
7 **2.**     **Nature of the Case.** Brief description of the nature of the case, i.e., dischargeability,
8 denial of discharge, turnover, contract, etc. _a non-dischargeability action pursuant to §523(a)_
9 _____
10 **3.**     **Jury Trials:** Check one:
11     ✔ A demand for a jury trial has not been made
12     ____ A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in
13 conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant
14 to 28 U.S.C. § 157(e).
15     ____ It is expressly understood by the undersigned parties they have demanded a jury
16 trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a
17 jury trial pursuant to 28 U.S.C. § 157(e).
18     An original and two (2) copies of all instructions requested by either party shall be
19 submitted to the clerk for filing on or before _February 15, 2023_.
20     An original and two (2) copies of all suggested questions of the parties to be asked of the
21 jury panel by the court on voir dire shall be submitted to the clerk for filing on or before
22 _February 22, 2023_.
23 **4.**     **Additional Pleadings.** Are there any counterclaims, cross claims or amendments to the
24 pleadings expected to be filed?
25     ____ Yes
26     ✔ No
27
28

5. **Settlement Conference**

_____ A settlement conference is requested.

If checked, a settlement conference is requested no earlier than _____.

✔ _____ Settlement cannot be evaluated prior to additional discovery. The parties may later request a settlement conference.

6. **Trial**

The case should be ready for trial by March 1, 2023 and should take 1 day(s).

7. All parties ✔ consent/ ☐ do not consent to this court entering final judgment.

Dated: 10/13/2022

/s/ Trey A. Rothell
Signature of Counsel for Plaintiff(s)

Type Name, Address and
Telephone Number of Counsel

Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Creditor/ Plaintiff
Daphne Williams

Dated: 10/13/2022

/s/ Christopher P. Burke
Signature of Counsel for Defendant(s)

Type Name, Address and Telephone
Number of Counsel

Christopher P. Burke
NV Bar No. 004093
218 S. Maryland Pkwy
Las Vegas, NV 89101

Attorneys for Debtor/ Defendant
Charles Lazer