_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
March 10, 2023

Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Creditor
Daphne Williams

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CHARLES RANDALL LAZER,<br><br>                Debtor.<br><br>DAPHNE WILLIAMS,<br><br>                Plaintiff,<br><br>vs.<br><br>CHARLES RANDALL LAZER,<br><br>                Defendant. | BK Case No. 22-11549-mkn<br>Chapter 7<br><br>Adversary Proceeding: 22-01125-mkn<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |

## ORDER GRANTING STIPULATION FOR

## DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Based on the *Stipulation for Dismissal of Adversary Proceeding with Prejudice* (ECF No. 10) (the "Stipulation") submitted by the Parties, and with good cause having been shown,

IT IS HEREBY ORDERED that Stipulation is GRANTED.

IT IS FURTHER ORDERED that this adversary proceeding is DISMISSED WITH PREJUDICE, with each party to bear their own costs, attorneys' fees, and expenses.

IT IS SO ORDERED.

Respectfully submitted by:

/s/ Trey A. Rothell
Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118

Attorneys for Plaintiff
Daphne Williams

Approved by:

/s/ Christopher P. Burke
Christopher P. Burke, Esq.
218 S. Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 385-7987
atty@cburke.lvcoxmail.com

Attorney for Defendant
Charles Lazer

# # #